CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KEITH MOORE

Criminal No.: 25CR162(BAH)

**FILED**

FEB 26 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### NOTE FROM JURY

We have reached a verdict

Date: Feb. 26, 2026

Time: 1:25pm

FOREPERSON